WILLIAM GORDON FRASER, Appellant, Respondent, v. THE CITY OF BUFFALO and Others, Respondents, Appellants.— Judgment modified by striking out the paragraph denying the injunction prayed for and inserting in place thereof a clause permanently restraining the defendant city of Buffalo, its officers and agents, from making any other or further payment or payments to the defendant Shaddock under the contract in question, and as so modified the judgment is affirmed, with costs to plaintiff, appellant, in this court and at the Special Term. The fourth conclusion of law is disapproved. All concur, except Davis, J., who dissents and votes for reversal on the law and for dismissal of the complaint on the ground that there was but one contract with separate items upon which the bidders were requested to give separate and independent prices in their bids, and the failure of the defendant Shaddock to give such separate prices constituted only an irregularity and not an illegality and that the council had the right to waive such irregularity and award the contract to the lowest responsible bidder, in their discretion.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MARIE POULSEN, Appellant, v. PETER POULSEN, Respondent.— Judgment modified by striking out the award of costs, and as so modified affirmed, without costs of this appeal to either party. All concur, except Hubbs, P. J., who dissents and votes for reversal on the facts, on the ground that adultery on May 17, 1925, was established by the evidence, and Davis, J., who dissents and votes for reversal on the law.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MARY CURRAN, Respondent, v. JERRY L. CURRAN, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

WILLIAM J. BRESNAHAN, Respondent, v. PARK L. METZGER and Others, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

BRADLEY J. HURD, Respondent, v. JOHN MEOLA, Appellant.— Judgment and order affirmed, with costs. All concur, except Davis and Taylor, JJ., who dissent and vote for reversal on the ground that the verdict was against the weight of the evidence and that the court committed error in not permitting the defendant to contradict, impeach and discredit the witness by. prior written statements. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ELIZABETH YERGER, as Administratrix, etc., of JOHN YERGER, Deceased, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD DECKER, Appellant.— Judgment affirmed, on the authority of Byk v. Enright (203 N. Y. Supp. 296; revd., 209 App. Div. 823; affd., 240 N. Y. 699). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FREDERICK HOLLENDER and Others, Appellants, v. ROCHESTER FOOD PRODUCTS CORPORATION, Respondent.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

GEORGE W. RYAN, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.